UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 12-20 PAM

United States of America,

     v.     Plaintiff,     **ORDER FOR APPOINTMENT OF COUNSEL**

Darryl Alan Bryant,

     Defendant.

---

Karen Schommer, Assistant United States Attorney, 300 South Fourth Street, Room 600, Minneapolis, MN 55415, counsel for Plaintiff.

Michael Hager, Suite 272, 301 Fourth Avenue South, Minneapolis, MN 55415, counsel for Defendant.

---

     Counsel was appointed to represent Darryl Alan Bryant initially by Chief Judge Davis prior to charges being filed. This court now appoints Michael Hager pursuant to the Criminal Justice Act for representation for the entire case.


Dated: January 23, 2012     s/Paul A. Magnuson
     Honorable Paul A. Magnuson
     United States District Court Judge